IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 1 0 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Aula Ray Wells,

(Enter the full name of the plaintiff.)

v. Major County Jail

(1) All Staff @ _____,

(2) _____;

(3) _____.

(Enter the full name of each defendant. Attach additional sheets as necessary.)

Case No. CIV-20-791-D
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

6. Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. Claim 1:

    (1) List the right that you believe was violated:

    _Medical Kidney INfection_

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    _All major county jail staff they wont give me Name of anything here_

Rev. 10/20/2015

(3)   List the supporting facts:

Jail video footage for dates July 28 2020 July 29 2020 July 30 2020 July 31 2020

(4)   Relief requested: (State briefly exactly what you want the court to do for you.)

Charges dropped — 20,000 for pain and suffering

2.   **Claim II:**

   (1)   List the right that you believe was violated:

   (2)   List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Rev. 10/20/2015

(3) List the supporting facts:

_____
_____
_____
_____
_____

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

_____
_____
_____
_____
_____

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

X _Cla Wilt_____          _July 31, 2020_____
Plaintiff's signature                              Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of _____, 20___.

X _Cla Will_____          _July 31, 2020_____
Plaintiff's signature                              Date

Rev. 10/20/2015